FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Garrison Sloan,

Defendant.

CR-18-8057-PCT-DLR (DKD)

**REDACTED**
**INDICTMENT**

VIO:    18 U.S.C. §§ 1152 and 13, and
A.R.S. §§ 13-3019(A)(1), 13-701,
13-702, 13-703, and 13-801
(CIR - Surreptitious Recording or
Viewing)
Counts 1-15

18 U.S.C. §§ 1152 and 13, and
A.R.S. §§ 13-1424(A) and (C)(2)(a),
(c), 13-701, 13-702, 13-703, and 13-
801
(CIR - Voyeurism)
Counts 16-30

18 U.S.C. §§ 1152 and 13, and
A.R.S. §§ 13-3553(A)(1), 13-
3551(10)(f), 13-701, 13-702, 13-
703, 13-705, 13-801, and 13-3821
(CIR - Sexual Exploitation of a
Minor)
Counts 31-32

18 U.S.C. §§ 1152 and 13, and
A.R.S. §§ 13-3553(A)(2), 13-
3551(10)(f), 13-701, 13-702, 13-
703, 13-705, 13-801, and 13-3821
(CIR - Sexual Exploitation of a
Minor)
Counts 33-34

18 U.S.C. §§ 981 and 982,
21 U.S.C. §§ 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegations)

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**COUNTS 1-15**

Between on or about April 4, 2015, and April 4, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant Garrison Sloan, an Indian, did knowingly photograph, videotape, film, digitally record or by any other means secretly view each victim without that person's consent while that person was in a restroom and bathroom, and that person was urinating, defecating, dressing, and undressing, as follows:

| Count | Victim | Filename Suffix |
|-------|--------|-----------------|
| 1 | A.S. | 20161027_115559.mp4 |
| 2 | A.S. | [name redacted]Ass.mp4 |
| 3 | John Doe | VID_20161115_145659.mp4 |
| 4 | D.T. | 20161026_123213.mp4 |
| 5 | J.A. | 14.mp4 |
| 6 | J.A. | [name redacted]W9m50s[name redacted]G34m10s.mp4 |
| 7 | S.A. | 20161028_065913.mp4 |
| 8 | J.W. | [name redacted]20m20s[name redacted]Y1h9m.mp4 |
| 9 | J.W. | [name redacted]W18m30s[name redacted]Y31m30s.mp4 |
| 10 | Jane Doe | VID_20161115_145659.mp4 |
| 11 | Jane Doe | VID_20161028_134130.mp4 |
| 12 | M.F. | VID_20161018_152743.mp4 |
| 13 | V.M. | VID_20161026_131222.mp4 |
| 14 | V.M. | [name redacted]Pussy.mp4 |
| 15 | V.S. | 20161028_105406.mp4 |

In violation of Title 18, United States Code, Sections 1152 and 13 and Arizona Revised Statutes Sections 13-3019(A)(1), 13-701, 13-702, 13-703, and 13-801.

**COUNTS 16-30**

Between on or about April 4, 2015, and April 4, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant Garrison Sloan, an Indian, did knowingly invade the privacy of each victim without the knowledge of the other person for the purpose of sexual stimulation.  The victim had a reasonable expectation that the person will not be photographed, videotaped, filmed, digitally recorded or otherwise viewed or recorded, and the person was photographed, videotaped, filmed, digitally recorded or otherwise viewed while the person was in a state of undress or partial dress and while the person was urinating or defecating, as follows:

| Count | Victim | Filename Suffix |
|---|---|---|
| 16 | A.S. | 20161027_115559.mp4 |
| 17 | A.S. | [*name redacted*]Ass.mp4 |
| 18 | John Doe | VID_20161115_145659.mp4 |
| 19 | D.T. | 20161026_123213.mp4 |
| 20 | J.A. | 14.mp4 |
| 21 | J.A. | [*name redacted*]W9m50s[*name redacted*]G34m10s.mp4 |
| 22 | S.A. | 20161028_065913.mp4 |
| 23 | J.W. | [*name redacted*]20m20s[*name redacted*]Y1h9m.mp4 |
| 24 | J.W. | [*name redacted*]W18m30s[*name redacted*]Y31m30s.mp4 |
| 25 | Jane Doe | VID_20161115_145659.mp4 |
| 26 | Jane Doe | VID_20161028_134130.mp4 |
| 27 | M.F. | VID_20161018_152743.mp4 |
| 28 | V.M. | VID_20161026_131222.mp4 |
| 29 | V.M. | [*name redacted*]Pussy.mp4 |
| 30 | V.S. | 20161028_105406.mp4 |

In violation of Title 18, United States Code, Sections 1152 and 13 and Arizona Revised Statutes Sections 13-1424(A) and (C)(2)(a), (c), 13-701, 13-702, 13-703, and 13-

1   801.

2                              **COUNTS 31-32**

3          Between on or about April 4, 2015, and April 4, 2017, in the District of Arizona,

4   within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant

5   Garrison Sloan, an Indian, did knowingly duplicate a visual depiction in which a minor

6   under fifteen years of age is engaged in sexual conduct (to wit, actual and simulated

7   defecation and urination for the purpose of sexual stimulation of the viewer), as follows:

| Count | Victim | Filename Suffix |
|-------|--------|-----------------|
| 31 | John Doe | VID_20161115_145659.mp4 |
| 32 | Jane Doe | VID_20161028_134130.mp4 |

12          In violation of Title 18, United States Code, Sections 1152 and 13 and Arizona

13  Revised Statutes Sections 13-3553(A)(1), 13-3551(10)(f), 13-701, 13-702, 13-703, 13-705,

14  13-801, and 13-3821.

15                             **COUNTS 33-34**

16         Between on or about April 4, 2015, and April 4, 2017, in the District of Arizona,

17  within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant

18  Garrison Sloan, an Indian, did knowingly possess a visual depiction in which a minor under

19  fifteen years of age is engaged in sexual conduct (to wit, actual and simulated defecation

20  and urination for the purpose of sexual stimulation of the viewer), as follows:

| Count | Victim | Filename Suffix |
|-------|--------|-----------------|
| 33 | John Doe | VID_20161115_145659.mp4 |
| 34 | Jane Doe | VID_20161028_134130.mp4 |

25         In violation of Title 18, United States Code, Sections 1152 and 13 and Arizona

26  Revised Statutes Sections 13-3553(A)(2), 13-3551(10)(f), 13-701, 13-702, 13-703, 13-705,

27  13-801, and 13-3821.

28

1

**FORFEITURE ALLEGATION**

2      The Grand Jury realleges and incorporates the allegations of Counts 1 through 34

3  of this Indictment, which are incorporated by reference as though fully set forth herein.

4      Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United

5  States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and

6  upon conviction of one or more of the offenses alleged in Counts 1 through 34 of this

7  Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and

8  interest in (a) any property constituting, or derived from, any proceeds the persons

9  obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's

10  property used, or intended to be used, in any manner or part, to commit, or to facilitate the

11  commission of such offense.

12      If any of the forfeitable property, as a result of any act or omission of the defendant:

13      (1) cannot be located upon the exercise of due diligence,

14      (2) has been transferred or sold to, or deposited with, a third party,

15      (3) has been placed beyond the jurisdiction of the court,

16      (4) has been substantially diminished in value, or

17      (5) has been commingled with other property which cannot be divided without

18          difficulty,

19  it is the intent of the United States to seek forfeiture of any other property of said

20  defendant(s) up to the value of the above-described forfeitable property, pursuant to Title

21  21, United States Code, Section 853(p).

22                                      //

23                                      //

24                                      //

25                                      //

26                                      //

27                                      //

28                                      //

- 5 -

1    All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21,

2  United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c),

3  and Rule 32.2, Federal Rules of Criminal Procedure.

4                                                A TRUE BILL

5

6                                                     /S/
                                       FOREPERSON OF THE GRAND JURY
7                                      Date:  March 6, 2018

8

9  ELIZABETH A. STRANGE
   First Assistant United States Attorney
   District of Arizona
10

11

                        /S/
12  WILLIAM G. VOIT
    Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28